**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**GOPRO, INC.,**<br><br>　　　　　　　　　　Defendant. | **Civil Action No. 2:15-cv-1634**<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Display Technologies LLC is a Texas limited liability company. Display Technologies, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED October 7, 2015.					Respectfully submitted,


							By: */s/ Krystal L. Gibbens*
							Hao Ni
							Texas Bar No. 24047205
							hni@nilawfirm.com
							Timothy T. Wang
							Texas Bar No. 24067927
							twang@nilawfirm.com
							Neal G. Massand
							Texas Bar No. 24039038
							nmassand@nilawfirm.com
							Stevenson Moore V
							Texas Bar No. 24076573
							smoore@nilawfirm.com
							Krystal L. Gibbens
							Texas Bar No. 24082185
							kgibbens@nilawfirm.com

							**NI, WANG & MASSAND, PLLC**
							8140 Walnut Hill Ln., Ste. 500
							Dallas, TX 75231
							Tel: (972) 331-4600
							Fax: (972) 314-0900

							**ATTORNEYS FOR PLAINTIFF**
							**DISPLAY TECHNOLOGIES, LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

				*/s/ Krystal L. Gibbens*
				Krystal L. Gibbens