**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GOPRO, INC.,**<br><br>　　　　　　　Defendant. | **Civil Action No. 2:15-cv-1634-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO DISMISS WITHOUT PREJUDICE**

　　　Plaintiff Display Technologies, LLC, pursuant to Fed. R. Civ. P. 41(a), hereby moves for a dismissal of all of its claims in this action without prejudice against Defendant Gopro, Inc.  Prior to the filing of this notice, Defendant Gopro, Inc., has yet to file an answer or motion for summary judgment.

| | |
|---|---|
| DATED January 13, 2016. | Respectfully submitted,<br>By: \s\ *Stevenson Moore*<br>Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br>Neal G. Massand<br>Texas Bar No. 24039038<br>nmassand@nilawfirm.com<br>Stevenson Moore V<br>Texas Bar No. 24076573<br>smoore@nilawfirm.com<br><br>**Ni, Wang & Massand, PLLC**<br>8140 Walnut Hill Ln., Ste. 500<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**DISPLAY TECHNOLOGIES, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Stevenson Moore*
Stevenson Moore