THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**GOPRO, INC.,**<br><br>　　　　　　Defendant. | **Civil Action No. 2:15-cv-1634-JRG-RSP** |

## ORDER

In consideration of Plaintiff Display Technologies, LLC's filing of a Motion to Dismiss Without Prejudice before an answer or motion for summary judgment has been filed by Defendant Gopro, Inc., the Court hereby dismisses all claims in this action against Defendant Gopro, Inc., WITHOUT prejudice in accordance with Fed. R. Civ. P. 41(a), with each party to bear their own costs, expenses, and attorney's fees.

**SIGNED this 26th day of January, 2016.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE